UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DERRICK CARTER(#337492)

CIVIL ACTION

VERSUS

NUMBER 07-614-FJP-DLD

CORNEL HUBERT, ET AL.

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the that the defendants' motion to dismiss be granted in part dismissing the plaintiff's unconstitutional conditions of confinement claims.

IT IS FURTHER ORDERED that the Court declines to exercise supplemental jurisdiction over the plaintiff's state law claims.

IT IS FURTHER ORDERED that this matter shall be referred back to the magistrate judge for further proceedings on the plaintiff's claims that he was subjected to an excessive use of force and was denied access to his Bible and religious materials.

Baton Rouge, Louisiana, June 26, 2008.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45234