UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DERRICK CARTER(#337492)

VERSUS

CORNEL HUBERT, ET AL.

CIVIL ACTION

NUMBER 07-614-FJP-DLD

<u>AMENDED OPINION</u>

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed and considered by the Court in making its ruling:

IT IS ORDERED that the that the defendants' motion to dismiss be granted in part dismissing the plaintiff's unconstitutional conditions of confinement claims.

IT IS FURTHER ORDERED that the Court declines to exercise supplemental jurisdiction over the plaintiff's state law claims.

IT IS FURTHER ORDERED that plaintiff's motion to stay until the Court rules on plaintiff's opposition to magistrate judge review and recommendation[1] and motion to compel the Court to answer/rule on previous motions[2] are denied as moot.

---

[1]Rec. Doc. No. 54.

[2]Rec. Doc. No. 57.

Doc#45621

IT IS FURTHER ORDERED that this matter shall be referred back to the magistrate judge for further proceedings on the plaintiff's claims that he was subjected to an excessive use of force and was denied access to his Bible and religious materials.

Baton Rouge, Louisiana, November 20, 2008.

*[signature]*
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45621