UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DERRICK CARTER  (#337492)

VERSUS                                                           CIVIL ACTION

CORNEL HUBERT, ET AL                                 NUMBER 07-614-FJP-DLD

### ORDER

Before the court is the plaintiff's Motion to Return Law Materials.  Record document number 63.

Plaintiff alleged that on January 20, 2009, he was found guilty of disciplinary infractions and was sentenced to isolation for 30 days.  Plaintiff alleged that other than a Bible, prison policy prohibits him from retaining books in his cell for the duration of his 30 day disciplinary sentence.  Plaintiff alleged that in accordance with the prison policy, a legal self-help manual and two dictionaries were removed from his cell.

Plaintiff sought an order directing prison officials to return his self-help manual and dictionaries which he argued is needed to litigate the claims raised in this complaint.  Plaintiff argued that although assistance from inmate counsel substitutes is available,  the assistance is inadequate.

Plaintiff's access to this court will not be impeded by the limitations placed on his access to his dictionaries and self-help manual for a 30 day period, particularly since he can obtain assistance from inmate counsel substitutes .

Accordingly,

IT IS ORDERED that the plaintiff's motion to return law materials is denied.

Signed in Baton Rouge, Louisiana, on February 6, 2009.

*[signature]*

**MAGISTRATE JUDGE DOCIA L. DALBY**