UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DERRICK CARTER  (#337492)

| | |
|---|---|
| VERSUS | CIVIL ACTION |
| CORNEL HUBERT, ET AL | NUMBER 07-614-FJP-DLD |

ORDER

Before the court is the defendants' Notice of Compliance.  Record document number 83.

On September 18, 2007, counsel for defendants was ordered to provide to the plaintiff all medical records, warden's unusual occurrence reports and all other documents pertinent to the issues in this case and to contemporaneously file a copy of these documents with the Court.

On June 11, 2009, counsel for the defendants filed a Notice of Compliance but failed to file a copy of the documents with the Court as previously ordered.

IT IS ORDERED that within 10 days from the date of this order counsel for the defendants shall file copies of all documents produced in response to this court's initial disclosure order issued September 18, 2007.

Signed in Baton Rouge, Louisiana, on June 12, 2009.

**MAGISTRATE JUDGE DOCIA L. DALBY**