UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DERRICK CARTER(#337492)

VERSUS

CORNEL HUBERT, ET AL.

CIVIL ACTION

NUMBER 07-614-FJP-DLD

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the defendant's Motion for Summary Judgment shall be granted and the claims against Lt. Curtis shall be dismissed without prejudice for failure to exhaust available administrative remedies pursuant to 42 U.S.C. § 1997e(a), and with prejudice to refiling the claims in forma pauperis status.

IT IS ORDERED that this matter shall be referred back to the Magistrate Judge for further proceedings on the plaintiff's First Amendment claim against Maj. Donald Johnson, Lt. Patrick Cochran and Maj. Kenneth Stewart.

Baton Rouge, Louisiana, May __17__, 2010.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#46746