UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DERRICK CARTER(#337492)

VERSUS

CORNEL HUBERT, ET AL.

CIVIL ACTION

NUMBER 07-614-FJP-DLD

## OPINION

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the defendants' Motion for Summary Judgment shall be granted and this action shall be dismissed.[1]

Baton Rouge, Louisiana, February 15, 2011.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. Nos. 148 & 153.

Doc#47151